373 A.2d 1141

Commonwealth ex rel. Chamberlain, Appellant, v. Edwards.

Argued March 15, 1977.

Denis M. DiLoreto, with him Black and Davison, for appellant; Harvey C. Bridgers, Jr., with him Maxwell & Bridgers, for appellee.

Order affirmed.